Submitted on record and briefs August 26, affirmed August 30, 1976

SIMS, *Petitioner,*

*v.*

EMPLOYMENT DIVISION et al, *Respondents.*

(No. 76-AB-253, CA 6206)

553 P2d 376

Robert F. Nichols and John H. Bogardus, Lakeview, filed the brief for petitioner.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and James A. Hill, Jr., Assistant Attorney General, Salem, filed the brief for respondent Employment Division.

No appearance for respondent John Stribling Ford.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

Affirmed. *McKinney v. Employment Division,* 21 Or App 730, 537 P2d 126 (1975).

PER CURIAM.